JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOYD GREY GREENE,** | **NO. LA CV 15-08202-VBF (KS)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| **J. SOTO,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: May 23, 2017

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE